| PROB 34 (3/07) | **Report and Order Terminating Supervised Release** |

# UNITED STATES DISTRICT COURT
### FOR THE
District of Guam

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL CASE NO. 03-00100-002 |
| YA FANG SU aka CHEN WEI CHANG | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **May 6, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

 /s/ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: AUSA
Defense Counsel
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Sep 11, 2007